UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81663-CIV-DIMITROULEAS

EUGENE LEE PARKER,

    Plaintiff,

v.

ANGELS HOUSE, LLC
D/B/A ANGEL'S RECOVERY,
ANGEL'S RECOVERY LLC,
TOVAH JASPERSON,

    Defendant.

_____/

**ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon the Motion for Approval of Parties' Settlement Agreement in FLSA Action and Dismissal With Prejudice [DE 21]. The Court has reviewed the record, the Motion, the attached Settlement Agreement [DE 21-1], and is otherwise advised in the premises. The Court finds the parties' settlement agreement to be fair and reasonable pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 21] is **GRANTED** and the parties' Settlement Agreement [DE 21-1] is **APPROVED**;

2. This case is **DISMISSED with prejudice**, with each party to bear its own costs, fees, and expenses except as otherwise agreed;

3. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement; and

1

4. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 14th day of June 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

All counsel of record